CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Jackson

COUNTY: Hinds

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT  X   DOCKET # 3:14cr78TSL-FKB
SAME DEFENDANT  X   NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER   3:14-MJ-00521-FKB
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: William David Dickson a/k/a Butch Dickson

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 18 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA   J. Scott Gilbert          BAR #  102123

INTERPRETER:  X  NO  ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE  3/19/2014

 X  ALREADY IN FEDERAL CUSTODY AS OF  3/19/2014
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  25      ___ PETTY  ___ MISDEMEANOR  25  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:371.F | 18 USC § 371 | Conspiracy | 1 |
| Set 2  18:152.F | 18 USC § 152(5) | Concealment of assets; false oaths and claims; bribery | 2-7 |
| Set 3  18:1344.F | 18 USC § 1344 | Bank Fraud | 8-13 |
| Set 4  18:1341.F | 18 USC § 1341 | Frauds and Swindles | 14-18 |
| Set 5  18:1956.F | 18 USC § 1956(h) | Conspire to engage in money laundering or transactions involving the proceeds of specified unlawful activity | 19 |
| Set 6  18:152.F | 18 USC § 152(1)&(2) | Concealment of assets; false oaths and claims; bribery | 20-25 |

Date: 2-6-15        SIGNATURE OF AUSA: _____

Revised 2/26/2010