CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: JACKSON

COUNTY: HINDS

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT  X   DOCKET # 3:14CR78TSL-FKB
SAME DEFENDANT _____   NEW DEFENDANT  X
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

DEFENDANT INFORMATION:

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: COLBY DICKSON

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 18 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

U.S. ATTORNEY INFORMATION:

AUSA   J. SCOTT GILBERT        BAR #  102123

INTERPRETER:  X  NO    ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

LOCATION STATUS:    ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

U.S.C. CITATIONS

TOTAL # OF COUNTS:  13     ___ PETTY  ___ MISDEMEANOR   13  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:371.F | 18 USC § 371 | Conspiracy | 1 |
| Set 2  18:1341.F | 18 USC § 1341 | Frauds and Swindles | 14-18 |
| Set 3  18:1956.F | 18 USC § 1956(h) | Conspire to engage in money laundering or transactions involving the proceeds of specified unlawful activity | 19 |
| Set 4  18:152.F | 18 USC § 152(1)&(2) | Concealment of assets; false oaths and claims; bribery | 20-25 |

Date: 2-6-15        **SIGNATURE OF AUSA:** _____

Revised 2/26/2010