# PROSECUTION MEMORANDUM



| Subject | Date |
|---|---|
| U.S. v. WILLIAM DAVID DICKSON, a/k/a Butch Dickson, and COLBY DICKSON 3:14CR78TSL-FKB USAO # 2014R00077 Grand Jury session date: February 18, 2015 | February 18, 2015 |

| To | From |
|---|---|
| Clerk of the Court Southern District of Mississippi | J. Scott Gilbert Assistant United States Attorney |

The attachment superseding indictment in the case of <u>United States v. William David Dickson, a/k/a Butch Dickson, and Colby Dickson</u>, returned on February 18, 2015, supersedes the indictment in Criminal No. 3:14CR78TSL-FKB, which was previously returned on April 9, 2014, and assigned to United States District Judge Tom S. Lee and United States Magistrate Judge F. Keith Ball. The superseding indictment involves substantially the same parties and factual situation.

GREGORY K. DAVIS
United States Attorney

By: /s/ J. Scott Gilbert
J. SCOTT GILBERT
Assistant United States Attorney