IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

V.                                                                          CRIMINAL NO.: 3:14-CR-78 TSL-FKB

WILLIAM DAVID DICKSON,
a/k/a Butch Dickson                                                                    DEFENDANT

## UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW William David Dickson, Defendant herein, by and through undersigned counsel, and files this his Motion to Continue the Trial of this case and all corresponding deadlines, and in support thereof would show unto the Court the following:

1. That this case is presently set for trial on Monday, March 2, 2015 at 9:00 a.m., in the United States District Court in Jackson, Mississippi.

2. That a superseding indictment in this case was filed on February 18, 2015, adding a co-defendant. That the co-defendant has not been arraigned as of yet and counsel for William Dickson needs additional time to obtain and review supplemental discovery; to confer with the client; to conduct independent investigation and to prepare and file any additional motions which may be necessary.

3. That counsel has conferred with the attorney for the government and there is no objection to the relief requested by this motion on the part of the government.

5. That the Defendant expressly waives his right to a speedy trial herein.

Based on the foregoing, counsel submits that by granting this motion, the ends of justice are served in that the right of the Defendant to a fair trial outweighs the public's right to a speedy trial.

WHEREFORE, PREMISES CONSIDERED, counsel for the Defendant William David Dickson respectfully moves this Honorable Court to enter an order continuing the trial of this case and the applicable deadlines.

RESPECTFULLY SUBMITTED, this the 27th day of February, 2015.

*/s/ Luke Dove*
LUKE DOVE, ESQ.

*/s/ Joe M. Hollomon*
JOE M. HOLLOMON, ESQ.

ATTORNEYS FOR AND ON BEHALF OF WILLIAM DAVID DICKSON

OF COUNSEL:

Luke Dove, Esq. (MSB #6174)
DOVE & CHILL
1020 Highland Colony Parkway, Suite 412
Ridgeland, Mississippi 39157
Ph. 601-352-0999
Fx. 601-352-0990
LukeDove@DoveChill.com

Joe M. Hollomon, Esq. (MSB # 2551)
JOE M. HOLLOMON & ASSOCIATES, P.A.
107 North State Street
Post Office Box 22683
Jackson, Mississippi 39225-2683
Tel. 601-353-1300
Fax 601-353-1308
jhollomon@outlook.com
joehollomonlaw@yahoo.com

## CERTIFICATE OF SERVICE

I, Joe M. Hollomon, do hereby certify that I have this date electronically filed the foregoing *Motion for Continuance* with the Clerk of the Court using the Electronic Case Filing (ECF) system, which sent notification of such filing to all counsel of record.

THIS, the 27th day of February, 2015.

                                        */s/ Joe M. Hollomon*
                                        JOE M. HOLLOMON, ESQ.