IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 3:14-CR-00078 TSL FKB

**WILLIAM D. DICKSON**

## AGREED ORDER ON RESTITUTION

THIS CAUSE is before the Court on the issue of restitution, which was deferred following the defendant's plea of guilty and sentencing on two counts of Bankruptcy Fraud in violation of 18 U.S.C. §152. The United States and the defendant have reached an agreement as to the amount of restitution. The Court, having considered the matters presented at a hearing on September 13, 2016, concludes that the restitution agreed to by the defendant and the United States is the correct amount of restitution in this case.

IT IS THEREFORE ORDERED that the defendant William D. Dickson shall pay restitution in the amount of $5,442,004.58.

SO ORDERED, this the 13 day of September, 2016.

_____
Honorable Tom S. Lee
UNITED STATES DISTRICT JUDGE